**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**THANKOORDEO SINGH,**

       **Plaintiff,**

    v.              1:18-CV-063
                   (FJS/CFH)

**MONARCH RECOVERY MANAGEMENT,**
**INC.**
       **Defendant.**
_____

**APPEARANCES**

                **OF COUNSEL:**

**FOR PLAINTIFF:**

                **Joseph K. Jones**

**Jones, Wolf & Kapasi, LLC**
**One Grand Central Place**
**60 East 42nd Street, 46th Floor**
**New York, NY 101065**

**FOR DEFENDANT:**

                **Joseph Adam Hess**

**Marshall Dennehey Warner Coleman & Goggin, P.C.**
**88 Pine Street, 21st Floor**
**New York, NY 10005**

**FREDERICK J. SCULLIN, JR.**
**SENIOR U.S. DISTRICT JUDGE**

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

  The parties have entered into an agreement in settlement of all claims in this action, they should anticipate finalizing their agreement within 30 days, following which this action will be discontinued by the filing of a stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is no longer necessary for this action to remain on the Court's active docket.

  Therefore, it is hereby **ORDERED** that

1) This action is dismissed, **with prejudice**, except as set forth below.

2) The Court will retain complete jurisdiction to vacate this order and to reopen the action within 60 days from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

DATED: September 23, 2019
       Syracuse, New York

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Judge